**Robert J. SOVIS, Claimant–Appellant**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2015–7078.

United States Court of Appeals, Federal Circuit.

April 21, 2016.

Katherine A. Helm, Simpson Thacher & Bartlett, LLP, New York, NY, argued for claimant-appellant. Also represented by Francis John Acott.

Shari A. Rose, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Allison Kidd–Miller, Robert E. Kirschman, Jr., Benjamin C. Mizer; Y. Ken Lee, Martin James Sendek, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

NEWMAN, SCHALL, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**